# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ARABELLA FAIRCHILD, | 1:23-cv-00917-JLT-GSA-PC |
|---|---|
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL |
| vs. | (Doc. 6.) |
| VANG, et al., | ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO PAY THE $402.00 FILING FEE FOR THIS CASE IN FULL |
| Defendants. | (Docs. 2, 6.) |
| | **DEADLINE: SEPTEMBER 7, 2023** |

Arabella Fairchild ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 23, 2033, findings and recommendations were issued, recommending that Plaintiff's motion to proceed *in forma pauperis* be denied and Plaintiff be required to pay the $402.00 filing fee in full for this action.  (Doc. 6.)  On July 5, 2023, Plaintiff filed objections to the findings and recommendations.  (Doc. 7.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The findings and recommendations issued on June 23, 2023, (Doc. 6), are **ADOPTED IN FULL**.
2. Plaintiff's motion to proceed *in forma pauperis*, filed on June 20, 2023, (Doc. 2.) is **DENIED**.
3. **On or before September 7, 2023**, Plaintiff is required to pay the $402.00 filing fee in full for this action.
4. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **July 11, 2023**

UNITED STATES DISTRICT JUDGE