# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABELLA FAIRCHILD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TRATE, *et al.*,<br><br>　　　　　Defendants. | No.  1:23-cv-00917-JLT-FRS (BAM) (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS TO VACATE JUDGMENT, TO FILE FIRST AMENDED COMPLAINT, AND TO ADMIT EVIDENCE OF FILING OF FIRST AMENDED COMPLAINT AS MOOT<br>(ECF Nos. 16, 18)<br><br>ORDER STRIKING JUNE 5, 2025 LODGED AMENDED COMPLAINT AS DUPLICATIVE<br>(ECF No. 17) |

Plaintiff Arabella Fairchild, also known as Gigi Fairchild-Littlefield and Gigi Ariel Fairchild-Littlefield, ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The first amended complaint has not yet been screened.

On February 6, 2024, the then-assigned Magistrate Judge issued an order granting Plaintiff leave to amend the complaint and directing Plaintiff to file an amended complaint by March 6, 2024.  (ECF No. 13.)  Plaintiff timely filed a first amended complaint, signed and dated February 27, 2024, on March 1, 2024.  (ECF No. 15.)

On June 5, 2025, Plaintiff filed a "Motion to Vacate Any Judgment Which May Have Been Made Which Dismissed this Case for Failure to File Timely Amended Complaint" and a "Motion for Court Clerk to File 1st Amended Complaint and Provide Copy to Plaintiff," together

1

with another copy of the first amended complaint dated February 27, 2024 and re-signed May 28, 2025. (ECF Nos. 16, 17.) On July 2, 2025, Plaintiff also filed a "Motion to Admit Evidence of Constructive Filing of First Amended Complaint Occurring on February 27, 2024 by U.S. Mail Through Institutional Legal Mail Procedures." (ECF No. 18.)

In her motions, Plaintiff alleges that she learned that the legal mail log kept in the CCWF Mailroom computer did not reflect the first amended complaint being logged by the mailroom staff on or about February 27, 2024, although Plaintiff transmitted those documents to the Court. (ECF No. 16.) Plaintiff therefore submitted a re-signed copy of the February 27, 2024 first amended complaint for filing. (ECF No. 17.) Plaintiff further requested that the Court accept copies of the CCWF Legal Mail Log Book pages for February 27, 2024, which does not reflect the mail to the Court or service of the first amended complaint on Defendants. (ECF No. 18.)

As noted above, the Court did receive Plaintiff's February 27, 2024 first amended complaint, which was filed and docketed on March 1, 2024. (ECF No. 15.) A comparison of the first amended complaint filed on March 1, 2024, and the re-signed first amended complaint lodged by Plaintiff on June 5, 2025, reveals that aside from the updated signature, they are identical and include the same exhibits.

Accordingly, Plaintiff's motions are denied, as moot, and the re-filed first amended complaint will be stricken as duplicative. The Court received Plaintiff's first amended complaint before the applicable deadline and no judgment was entered against Plaintiff. No further evidence of the CCWF mail logs is necessary, and Plaintiff's action remains open and pending. The first amended complaint will be screened in due course.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to vacate and to file first amended complaint, (ECF No. 16), is DENIED, as moot;

2. The amended complaint lodged on June 5, 2025, (ECF No. 17), is STRICKEN as duplicative;

3. Plaintiff's motion to admit evidence of constructive filing, (ECF No. 18), is DENIED, as moot; and

4.  Plaintiff's first amended complaint, filed March 1, 2024, (ECF No. 15), will be screened in due course.

IT IS SO ORDERED.

Dated:   **January 13, 2026**          /s/ *Barbara A. McAuliffe*  _
                                        UNITED STATES MAGISTRATE JUDGE

3