# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABELLA FAIRCHILD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VANG, et al.,<br><br>　　　　Defendants. | No.  1:23-cv-00917 JLT FRS (BAM) (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 24) |

Arabella Fairchild, also known as Gigi Fairchild-Littlefield and Gigi Ariel Fairchild-Littlefield, is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 23, 2026, the assigned magistrate judge screened the second amended complaint and issued findings and recommendations recommending that this action be dismissed, with prejudice, for failure to state a cognizable claim upon which relief may be granted.  (Doc. 24.)  On March 11, 2026, Plaintiff timely filed objections.  (Doc. 25.)

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the matter.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes the findings and recommendations are supported by the record and by proper analysis.  Though Plaintiff's objections make numerous arguments related to the finding and recommendations, those arguments do not meaningfully undermine the magistrate judge's

reasoning.  Thus, the Court **ORDERS**:

1. The findings and recommendations issued on February 23, 2026, (Doc. 24), are **ADOPTED IN FULL**.

2. This action is **DISMISSED**, with prejudice, for failure to state a cognizable claim upon which relief may be granted.

3. The Clerk of the Court is directed to assign a Magistrate Judge for the purpose of closing this case and to close this case.

IT IS SO ORDERED.

Dated:    **March 16, 2026**

UNITED STATES DISTRICT JUDGE

2